Submitted on record and briefs July 27, affirmed
without opinion July 30, 1973

STATE OF OREGON, *Respondent, v.* ROBERT LeROY WEITZEL (No. 82222), *Appellant.*

511 P2d 1270

Oscar D. Howlett, Portland, for appellant.

Lee Johnson, Attorney General, John W. Osburn, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, for respondent.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

AFFIRMED WITHOUT OPINION. ORS 19.180.